ACCEPTED
15-25-00121-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/8/2026 11:01 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00121-CV

# In the Court of Appeals
# for the 15ᵗʰ District of Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/8/2026 11:01:04 AM
CHRISTOPHER A. PRINE
Clerk

**HAYS COUNTY, TEXAS, RUBEN BECERRA, DEBBIE INGALSBE, MICHELLE COHEN, MORGAN HAMMER, AND WALT SMITH, APPELLANTS**

**V.**

**LESLIE CARNES, JIM CAMP, CATHY RAMSEY, AND GABRIELLE MOORE, APPELLEES**

**ON APPEAL FROM THE 419ᵀᴴ JUDICIAL DISTRICT COURT, TRAVIS COUNTY, TEXAS**
**CAUSE NO. D-1-GN-25-002049**
**THE HON. CATHERINE A. MAUZY, PRESIDING**

## NOTIC OF APPELLEES' COUNSEL PRESENTING ORAL ARGUMENT

Please be advised that Bill Aleshire, Texas Bar No. 24031810, will present oral argument for Appellees before the Court on January 21, 2026 at 1:30 p.m.

Respectfully submitted,

_Bill Aleshire_

_____

Bill Aleshire
Texas Bar No.  24031810
AleshireLAW, P.C.
3605 Shady Valley Dr.
Austin, Texas 78739

Cell:　　　　(512) 750-5854
Telephone:　(512) 320-9155
Facsimile:　(512) 320-9156
Bill@AleshireLaw.com

Save Our Springs Alliance
William G. Bunch
State Bar No. 03342520
bill@sosalliance.org
Robert "Bobby" Levinski
State Bar No. 24097993
bobby@sosalliance.org
4701 Westgate Blvd. D-401
Austin, TX 78745
Tel: 512-477-2320
Fax: 512-477-6410
**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties of record via e-filing on this 8th day of January 2026.

| | |
|---|---|
| Michael Shaunessy<br>State Bar No. 18134550<br>Ian Davis<br>State Bar No. 24120793<br>**MCGINNIS LOCHRIDGE LLP**<br>1111 W. 6th St., Ste. 400<br>Austin, Texas 78703<br>(512) 495-6000<br>mshaunessy@mcginnislaw.com<br>idavis@mcginnislaw.com<br>***Attorneys for Appellants*** | C. Robert Heath<br>State Bar No. 09347500<br>**BICKERSTAFF HEATH DELGADO ACOSTA LLP**<br>1601 S. MoPac Expressway<br>Suite C400<br>Austin, Texas 78746<br>(512) 472-8021<br>bheath@bickerstaff.com |

_____
Bill Aleshire

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

William Aleshire on behalf of Bill Aleshire
Bar No. 24031810
Bill@AleshireLaw.com
Envelope ID: 109808665
Filing Code Description: Other Document
Filing Description: Notice of Appellee's Counsel Presenting Oral Argument
Status as of 1/8/2026 11:52 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Claude Heath | 9347500 | bheath@bickerstaff.com | 1/8/2026 11:01:04 AM | SENT |
| Ian M.Davis | | idavis@mcginnislaw.com | 1/8/2026 11:01:04 AM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 1/8/2026 11:01:04 AM | SENT |
| Michael Shaunessy | | mshaunessy@mcginnislaw.com | 1/8/2026 11:01:04 AM | SENT |
| Julie Denny | | jdenny@mcginnislaw.com | 1/8/2026 11:01:04 AM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 1/8/2026 11:01:04 AM | SENT |
| Austin Jones | | ajones@mcginnislaw.com | 1/8/2026 11:01:04 AM | SENT |
| Bill Aleshire | | bill@aleshirelaw.com | 1/8/2026 11:01:04 AM | SENT |
| Bill Bunch | | bill@sosalliance.org | 1/8/2026 11:01:04 AM | SENT |
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 1/8/2026 11:01:04 AM | ERROR |
| Bobby Levinski | | bobby@sosalliance.org | 1/8/2026 11:01:04 AM | SENT |
| William Gammon | | firm@gammonlawoffice.com | 1/8/2026 11:01:04 AM | SENT |
| Lynn Saarinen | | lynn.saarinen@oag.texas.gov | 1/8/2026 11:01:04 AM | SENT |
| Rosemarie Kanusky | | rkanusky@mphlegal.com | 1/8/2026 11:01:04 AM | SENT |
| Matthew PhilipHines | | mhines@mphlegal.com | 1/8/2026 11:01:04 AM | SENT |